EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte: <br><br><br> Alexandra M. López Cruz | 2022 TSPR 148 <br><br> 210 DPR ___ |

Número del Caso: TS-16,249


Fecha: 14 de diciembre de 2022


Abogado de la parte peticionaria:

Lcdo. Antonio Adrover Robles


Materia: Reactivación al ejercicio de la abogacía.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

**EN EL TRIBUNAL SUPREMO DE PUERTO RICO**

Ex parte:

Alexandra M. López Cruz

**TS-16,249**

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 14 de diciembre de 2022.

Examinada la *Solicitud de cambio a estatus de abogada activa en el Registro Único de Abogados y Abogadas,* se declara Ha Lugar.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo